Magistrate Judge

00-CR-05673-ORD

FILED _____ LODGED
_____ RECEIVED

JAN 18 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICKEY DEAN FOLEY,

        Defendant.

NO. CR00-5673

ORDER FOR DISMISSAL OF
DEFERRED PROSECUTION
RCW 10.05

    Pursuant to the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in the above-captioned matter against defendant RICKEY DEAN FOLEY after successful completion of a deferred prosecution program pursuant to RCW 10.05.120.

    DATED this 17th day of January, 2006.

JOHN McKAY
United States Attorney

/s/ Barbara J. Sievers
BARBARA J. SIEVERS
Assistant United States Attorney

ORDERED this 20 date of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL- DEFERRED PROSECUTION - 1
RICKEY DEAN FOLEY; CR00-5673

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970